```
 1
 2
 3
 4
 5                          UNITED STATES DISTRICT COURT
 6                         EASTERN DISTRICT OF WASHINGTON
 7  UNITED STATES OF AMERICA,      )   NO. MJ-05-4233-1
                                   )
 8                                 )   ORDER DISMISSING COMPLAINT
                                   )   AND QUASHING WARRANT
 9                  Plaintiff,     )
                                   )
10       vs.                       )
                                   )
11  KELLY UGENE DOLLAR,            )
                                   )
12                                 )
                                   )
13                                 )
                    Defendant.     )
14  _____ )
15
         On January 23, 2006, the Plaintiff moved for an order
16
    dismissing the complaint against Kelly Ugene Dollar and quashing
17
    the associated warrant of arrest, in the interests of justice.
18
    (Ct. Rec. 3.)  After considering the matter,
19
         IT IS ORDERED that Plaintiff's motion for an order of
20
    dismissal (Ct. Rec. 3) is GRANTED.
21
         IT IS FURTHER ORDERED that Plaintiff's motion to quash the
22
    associated arrest warrant (Ct. Rec. 3) is GRANTED.
23
24       DATED this 28th day of August, 2008.
25
26                                       S/James P. Hutton
                                         JAMES P. HUTTON
27                              UNITED STATES MAGISTRATE JUDGE
28
```